HENRY WEISGERBER, Respondent, *v.* CHARLES ANCONA, Defendant, and J. KANE GROCERY CO., INC., Appellant.

Argued October 14, 1940; decided November 13, 1940.

*George J. Stacy, James J. Mahoney* and *Joseph Kane* for appellant.

*Paul Koch* and *Marcus J. Friedman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.